```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     MARIANNE STODDARD

                         Plaintiff(s)

      -vs-                                        03-CV-6376T

     EASTMAN KODAK COMPANY

                         Defendant(s)
_____
```

On March 1, 2006, defendant Eastman Kodak Company filed a motion for summary judgment. By notice dated March 2, 2006, the Court scheduled defendant's motion for May 3, 2006.

Plaintiff now requests an extension of time to respond to defendant's motion. Plaintiff's request is granted. Plaintiff shall file and serve her opposition no later than May 5, 2006. Defendant shall file and serve it's reply, if any, no later than May 22, 2006. Defendant's motion for summary judgment will be considered submitted without oral argument on May 25, 2006.

SO ORDERED.

                                                  S/ MICHAEL A. TELESCA
                                                  MICHAEL A. TELESCA, U.S.D.J.

Dated: Rochester, New York
      April 5, 2006