```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
    MARIANNE STODDARD

                        Plaintiff(s)

     -vs-                                       03-Cv-6376T

    EASTMAN KODAK COMPANY

                        Defendant(s)
_____
```

By letter dated May 2, 2006, plaintiff's counsel requests a one week extension in which to file her response to defendant's motion for summary judgment. Good cause having been shown, it is hereby,

ORDERED, that plaintiff shall file her response to defendant's motion for summary judgment no later than May 12, 2006. Defendant shall file it's reply, if any, no later than May 30, 2006. Defendant's motion for summary judgment will be considered submitted without oral argument on June 7, 2006.

IT IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              UNITED STATES DISTRICT JUDGE
```

Dated: May 2, 2006