# BROWN & HUTCHINSON
ATTORNEYS AND COUNSELORS AT LAW
925 CROSSROADS BUILDING
TWO STATE STREET
ROCHESTER, NEW YORK 14614

TELEPHONE (585) 454-5050
FAX (585) 454-5066

T. ANDREW BROWN
MICHELLE A. HUTCHINSON*
RONIT ZUSMAN
MICHAEL COBBS
ANTHONY FIUMARA
LANGSTON D. McFADDEN
JaMONE R. TURNER**
SPENCER L. ASH
THOMAS J. KIDERA***
GEORGE F. HILDEBRANDT***

PARALEGALS

JENN A. BAYLARK
KIM C. CABRERA
ANGELA V. CLARKE
DEBORAH C. D'AMBROSIO

\* ALSO ADMITTED IN ILLINOIS
\** ALSO ADMITTED TO THE DISTRICT OF COLUMBIA
\*** OF COUNSEL

July 20, 2006

**VIA FACSIMILE 613-4065 and FIRST CLASS MAIL**

Hon. Michael A. Telesca
United States District Judge
United States District Courthouse
100 State Street
Rochester, New York 14614

Re: **Stoddard v. Eastman Kodak Company**
Civil Action No. 03-CV-6376 T(Fe)

Dear Judge Telesca:

This letter is in follow-up to my conversation with Melissa Schoen today wherein we discussed defendant's pending motion for summary judgment in the above-referenced matter. As I informed Ms. Schoen, defendant's Reply to plaintiff's opposition papers was originally due on July 15, 2006, however, as I have been engaged in two (2) very large corporate real estate transactions for the past several weeks, it was previously agreed upon by the parties that defendant would be granted an extension of time, until August 28, 2006, to reply to plaintiff's opposition. However, after speaking with your Chambers on or about July 14, 2006, and gaining approval for the above extension, our office apparently inadvertently neglected to send a follow-up letter confirming the parties' agreement to the Court.

Although the original time for defendant to submit its reply papers has passed, defendant respectfully requests that the Court grant the above-mentioned extension of time requiring defendant to submit its reply to plaintiff's opposition papers on or before August 28, 2006. As plaintiff's counsel has already consented to this request, plaintiff will not be unduly prejudiced or harmed by the Court's granting of same.

Hon. Michael A. Telesca
United States District Judge
July 20, 2006
Page -2-

      Upon the Court's review of the foregoing, please feel free to contact me should you have any questions or concerns.

      Thank you.

Very truly yours,

*Michelle A. Hutchinson* /ldm

Michelle A. Hutchinson

MAH/ldm
cc: Karen Sanders, Esq.

**So Ordered.**

S/ MICHAEL A. TELESCA
_____
**Judge Michael A. Telesca**

DATED: July 21, 2006